UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No.: 09-10599-BKC-JKO

MARTINEZ, SAMUEL FRANCISCO                          Chapter 7

    Debtor
_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X)   The Trustee has a balance of $3,040.97 remaining in her bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The Trustee has a balance of $**** remaining in her bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

Dated: November 30, 2009

                                                                    SONYA L. SALKIN, TRUSTEE
                                                                    1776 N. Pine Island Rd.
                                                                    Suite 218
                                                                    Plantation, FL 33322
                                                                    954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1st Ave.
Room 1204
Miami, FL 33031

Printed: 11/20/09 09:09 AM

## Stale Check Report

Page: 1

**Trustee:** SONYA L. SALKIN, TRUSTEE (290630)
**Case:** 09-10599 - MARTINEZ, SAMUEL FRANCISCO

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 312-2380427-66 | 105 | 11/20/09 | Clerk, U.S. Bankruptcy Court | | | | $3,040.97 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 101 | 06/16/09 | 610 | American Home Mortgage Servicing<br>POB 631730<br>Irving, TX 75063-1730 | 65,689.14 | 65,689.14 | 1,283.70 | 1,283.70 |
| 3 | 103 | 06/16/09 | 610 | Rubin & Debski, P.A.<br>POB 47718<br>Jacksonville, FL 32247 | 89,922.27 | 89,922.27 | 1,757.27 | 1,757.27 |

(*) Denotes objection to Amount Filed